UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. _____ |
| | : | |
| v. | : | Offenses: |
| | : | |
| MARIYA MOZHALSKAYA, | : | 18 U.S.C. § 542 |
| | : | (Entry of goods by means of |
| Defendant. | : | false statements) |
| | : | |
| | : | 18 U.S.C. § 1956(a)(2)(A) |
| | : | (Laundering of monetary instruments) |
| | : | |
| | : | Forfeiture: 18 U.S.C. § 982(a)(1) & |
| | : | (a)(2)(B); 21 U.S.C. § 853(p) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**
**(Entry of goods by means of false statements)**

1.  On or about August 30, 2017, within Russia and out of the jurisdiction of any particular State or district, the defendant, MARIYA MOZHALSKAYA, a Russian national and a resident of Russia, who had no known residence or past residence within the United States, willfully and knowingly did enter and introduce, and attempt to enter and introduce, into the commerce of the United States, imported merchandise, that is, two PEQ-15a dual beam aiming lasers, by means of a false and fraudulent declaration which falsely and fraudulently stated that the package to which it was annexed contained a "Torch" valued at $85.00 in United States dollars, whereas, in truth and fact, as defendant, MARIYA MOZHALSKAYA, well knew, the said

package contained two PEQ-15a dual beam aiming lasers of an approximate domestic value of $5,415.00 in United States dollars, in violation of Title 18, United States Code, Section 542.

**(Entry of goods by means of false statements, in violation of
Title 18, United States Code, Section 542)**

## COUNT TWO
**(Laundering of monetary instruments)**

2. On or about August 29, 2017, within Russia and out of the jurisdiction of any particular State or district, the defendant, MARIYA MOZHALSKAYA, a Russian national and a resident of Russia, who had no known residence or past residence within the United States, did transport, transmit, transfer, and attempt to transport, transmit, and transfer funds, that is, a wire transfer in the amount of $5,545.00, from a place in the United States to and through a place outside the United States, that is, Russia, with the intent to promote the carrying on of specified unlawful activity, that is, entry of goods by means of false statements, in violation of Title 18, United States Code, Section 542.

**(Laundering of monetary instruments, in violation of
Title 18, United States Code, Section 1956(a)(2)(A))**

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B). The United States will also seek a forfeiture money judgment for a sum of money equal to the value of any property constituting, or derived from, the proceeds the defendant obtained directly or indirectly, as a result of Count One.

2. Upon conviction of the offense alleged in Count Two, the defendant shall forfeit to the United States any property, real or personal, involved in the offense, and any property traceable

thereto, pursuant to Title 18, United States Code, Section 982(a)(1). The United States will also seek a forfeiture money judgment for a sum of money equal to the value of any property, real or personal, involved in Count Two, and any property traceable thereto.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 982(a)(1) & (a)(2)(B); and Title 21, United States Code, Section 853(p))**

A TRUE BILL:

FOREPERSON.

_Jessie K. Liu /cJPH_
ATTORNEY OF THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA